MW AKR 10/5/07 ob
ob (JM)

## APPEARANCE BOND FOR A MATERIAL WITNESS

AUSA Approval: CR

| United States District Court | Southern District of California |
|---|---|
| United States of America v. Juan Cota-Cruz | Crim. Case No. |
| | Magis. Case No. 07mJ2378 |

We, **MARTHA Beatriz-Aleman** (name of surety) and **Jesus Valenzuela-Garcia** (name of material witness), post this bond and acknowledge we and our personal representatives are bound to pay the United States of America the sum of $ **5000 -** and there has been deposited in the Registry of the Court the sum of $ **500 -** in cash. This bond is conditioned upon and posted to secure the appearance of material witness **Jesus Valenzuela-Garcia** to testify as a witness in the case noted above, before the assigned United States Magistrate Judge or District Judge, in the United States District Court for the Southern District of California, at San Diego, California, and at such other places as the material witness may be required to appear in accordance with any and all court orders and directions given or issued by the Magistrate Judge or any District Judge relating to the material witness' appearance in the case noted above, whether the case remains in that district or is transferred to any other district. The appearance bond further secures the above noted material witness' compliance with any court order, including surrendering to the INS.

If the material witness adheres to and performs every condition of this bond, and appears at court as directed or ordered, this bond shall be exonerated, but if the material witness fails to perform any condition of this bond, or fails to appear at court as directed or ordered, payment of this bond shall be due immediately. Any Magistrate Judge or District Judge authorized to preside over the case noted above may declare a forfeiture of this bond if the material witness breaches any condition of this bond. If the bond is forfeited and the forfeiture is not set aside or remitted, a judgment may be entered upon a motion filed in the United States District Court for the Southern District of California against the surety for the amount stated above, with costs and interest added, and execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and the other laws of the United States.

Material Witness' Signature: **Valenzuela Jesus Fco.**   Surety's Signature: **Martha Aleman**
Surety's Home Address: **3561 Atlantic St. Los Angeles CA 90023**
Material Witness' U.S. Address: **(See above address)**

Acknowledgment: The surety noted above signed this bond before me, **James Alvord** (print name of person witnessing surety's signature), on **10/08/07** (date), at **Fallbrook CA** (city/state).
My address is: **405 S. Main Ave. Fallbrook CA**
Signature Of Person Witnessing Surety's Signature: _____ Dated: **10/08/07**

Bond Approved: _____, United States Magistrate Judge or District Judge

**FILED OCT 11 2007**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

[Revised 8/98]

## AFFIDAVIT BY THE OWNER OF THE CASH SECURITY FOR THIS BOND

I, __MARTHA Aleman__ (print name of owner of cash), state that I reside at __3561 Altantic St. Los Angeles CA 90023__, and that I am the owner of the $ __500 —__ cash deposited in the Registry of the Court as security for this bond. That money is to be returned to me at the address noted here upon the exoneration of this bond.

I consent to subjecting those funds to the Local Court Rules of the United States District Court for the Southern District of California pertaining to bonds, and I consent, upon receiving notice of not less than ten days, to proceeding summarily to the rendering of a judgment against that cash security upon the breach of a condition under this bond or by the contumacy of the material witness.

Dated: __10/08/07__                    __Martha Aleman__
                                        Signature of the Owner of the Cash Security

## FINANCIAL JUSTIFICATION OF THE SURETY

I, __Martha Aleman__ (print name of surety), state under penalty of perjury under the laws of the United States of America, that I have a net worth of at least $ __5,000 —__, and that I reside at __(see above address)__.

Dated: __10/08/07__                    __Martha Aleman__
                                        Signature of the Surety

## SURETY AGREEMENT

I understand by signing this bond I will be responsible for the material witness' appearance in court and for his or her compliance with any and all conditions of the release and orders as directed by the court. If the material witness does not appear in court as ordered or comply with the conditions of the release and any court orders, I will be required to pay the full amount of the bond, and any cash security I posted with the court may be taken by the United States Government to partially satisfy the obligation of this bond, and a judgment may be entered against me for the full amount of the bond.

Dated: __10/08/07__                    __Martha Aleman__
                                        Signature of the Surety

K:\COMMON\CSA\forms\2005\matwit_bnd.wpd

RECEIVED
OCT 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

#145576

## MATERIAL WITNESS INFORMATION SHEET

**CASE INFORMATION**
Case Name: U.S. v. Cota-Cruz
Case No. 07mJ2378
AUSA Name: N/A
AUSA Telephone: ___
Case Agent: N/A
Agency: ___

**INFORMATION ABOUT THE MATERIAL WITNESS**
Name: Jesus Valenzuela-Garcia
A-Number: 88 751 847
Date of Birth: 10/08/83
Immigration Status: Citizen of Mexico
Foreign Address: N/A
Did The Material Witness Sign An I-826? No
Relationship to Defendant: None

**PERSON MATERIAL WITNESS WILL RESIDE WITH DURING PENDENCY OF THE CASE**
Name: See surety info below
Relationship to Witness: ___
Home Address: ___
Business Address: ___
Home Telephone: ___
Business Telephone: ___

**RELATIVE OF THE MATERIAL WITNESS RESIDING IN THE U.S.**
Name: N/A
Relationship to Witness: ___
Home Address: ___
Business Address: ___
Home Telephone: ___
Business Telephone: ___

**ATTORNEY FOR THE MATERIAL WITNESS**
Name: James Alvord
Tel: 760 728 1921
Fax: 760 728 1921
Address: 405 S. Main Ave. Fallbrook CA 92028

**INFORMATION ABOUT THE SURETY**
Name: Martha Beatriz Aleman
Relationship to Witness: Family Friend
Immigration Status: US Citizen - born in L.A.
Relationship to Defendant: No
Home Address: 3561 Altentic St. Los Angeles CA 90023
Business Address: L.A. School District 1015 Lovon A St. LA. CA. 90023
Home Telephone: (323) 351-4469
Business Telephone: 323-268-1128
Does The Surety Have An Immigration Record (if so, the charges): No
Does The Surety Have A Criminal Record (if so, the charges): No

----

FOR INS USE ONLY
1. MATERIAL WITNESS ☐   SURRENDERED ☐   FAILED TO APPEAR ☐
2. ___

*Signature*   *Date*

K:\COMMON\CSA\forms\2005\matwit_info_sht.wpd

Bi-Cycle Statement of Earnings

| Name | | Employee ID | Payroll Period From | To | Payroll Area | Pay Date | PS Group/Lvl | Check Number |
|---|---|---|---|---|---|---|---|---|
| ALEMAN, MARTHA | | 730763 | 08/01/07 | 08/31/07 | Certificated | 09/05/07 | 0953 /01 | 00730763001930 |

| Assignment | Cost Center | Rate | Hours | Gross | Pre-Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|
| CURRENT PAY BELOW | | | | | Prior Leg Ret. PARS OV | | 5.75- |
| Regular Time Pay  00948287 | 1494501 | 10.14000 | 13.50 | 136.89 | Leg Retro PARS OV EE | | 1.92- |
| | | | | | PARS EE | 5.13- | 186.43- |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Agency Fee Payors F | 3.01- | 107.66- |

| Leave | Balance | District Paid Benefits | | Tax Exempt | Options | |
|---|---|---|---|---|---|---|
| Full Pay Illn | 0.00 | EAP ER | 1.20 | FED M | Exemptions Claimed 00 | |
| Half Pay Illn | 0.00 | | | CA M | Exemptions Claimed 00 | |
| Vacation Hours | 0.00 | | | | | |
| PNWD Balance | 0.00 | | | Tax Deduction(s) | | |
| Compensatory Balance | 0.00 | | | FED EE Medicare Tax | 1.99 | |
| D S Vacation Hours | 0.00 | | | CA EE Disability Tax | 0.82 | |

\*\*\* Total Earnings  136.89   \*\*\* Net Pay  125.94          03138-07865

| Totals | Earnings | Pre-Tax Deductions | Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current: | 136.89 | 5.13- | 2.81- | 3.01- | 125.94 |
| YTD....: | 5,175.59 | 194.10- | 208.69- | 107.66- | |

Message: Martha works for L.A. County School Dist. as para-educator
1015 Lorena St.
Los Angeles CA 90023
(323) 268-1128



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
SS #

\*\*\*VOID\*\*\*

License # A9448904

# Birth Record

**Santa Marta Hospital and Clinic**
Los Angeles, California

This Certifies that _MARTHA BEATRIZ OROZCO_ was born in the above named hospital at _10:06_ A. M., _FEBRUARY 9,_ 19_75_.

In Witness Whereof the Attending Physician has hereunto set his hand, and said hospital has caused this Certificate to be signed by its duly authorized representative and its official seal to be hereto affixed.

_Blanca Gabor F.S.J._
Administrator of Hospital

_[signature]_
Attending Physician



This is not an official Birth Certificate for your baby. A certified copy of your baby's birth can be obtained by writing to your State Board of Health.