RECEIVED

UNITED STATES DISTRICT COURT

2007 OCT 18 A 4:10

SOUTHERN DISTRICT OF CALIFORNIA

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07CR2889-JLS |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Juan Cota-Cruz | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Teresa Garcia-Lopez

DATED: 10/18/07

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____
        Deputy Clerk

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95