

AO 455 (Rev. 5/85)  Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JUAN COTA-CRUZ | CASE NUMBER: 07CR2889-JLS |

I, JUAN COTA-CRUZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 10/17/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED OCT 18 07

_____
Defendant

_____
Defense Counsel

Before _____
              Judicial Officer