**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

CASE NO.:  07-CR-2889-JLS                            CASE TITLE:  USA v. Cota-Cruz

E-FILED DATE:  01/19/2008                          DOCUMENT NO.: 18

DOCUMENT TITLE:      Defendant's Objections to the Presentence Report

DOCUMENT FILED BY:      Defendant

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

|   | Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
|   | ECF § 2(a), (g) | Docket entry does not accurately reflect the document filed |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
| X | ECF § 2(f) | Lacking proper signature |
|   | Civ. L. Rule 5.1 Crim. L. Rule 47.1 | Missing time and date on motion and/or supporting documentation |
| X | Civ. L. Rule 7.1 Crim. L. Rule 32.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|   | Civ. L. Rule 7.1 Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 Crim. L. Rule 47.1 | Briefs or memoranda exceed length restrictions |
|   | Civ. L. Rule 7.1 | Missing table of contents |
|   | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
|   | Civ. L. Rule 30.1 | Depositions not accepted absent a court order |
|   |   | Supplemental documents require court order |
|   |   | OTHER: |

**IT IS HEREBY ORDERED**:

| | |
|---|---|
| X | The document is accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:  January 22, 2008

_____
Honorable Janis L. Sammartino
United States District Judge